

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jane Ann Walker Alvizo, Appellant

No. 06-20-00008-CV      v.

Andy Walker, Appellee

Appeal from the County Court at Law of Fannin County, Texas (Tr. Ct. No. CV-2016-7416). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

     As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

     We further order that the appellant, Jane Ann Walker Alvizo, pay all costs of this appeal.

RENDERED MARCH 23, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk